UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CLAYTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>J. DOER, et al.,<br><br>                    Defendants. | Case No.: 1:25-cv-00073-KES-SKO<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATION TO DISMISS ACTION;<br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE<br><br>Doc. 7 |

Plaintiff Roger Clayton is a federal prisoner appearing pro se and in forma pauperis in this civil rights action.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2025, the assigned magistrate judge screened plaintiff's complaint, found it failed to state any cognizable claims, and provided plaintiff 30 days within which to file a first amended complaint curing the deficiencies identified in the screening order or file a notice of voluntary dismissal.  Doc. 5.  The magistrate judge warned plaintiff that the failure to comply with the screening order would result in a recommendation that this action be dismissed without prejudice for failure to obey a court order and failure to prosecute.  *Id.* at 14.  Plaintiff did not respond to the screening order.  *See* docket.  Thereafter, on October 1, 2025, the magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice for plaintiff's failure to obey a court order and failure to prosecute.  Doc. 7.  Those

1  findings and recommendations were served on plaintiff and contained notice that any objections

2  thereto were to be filed within 14 days after service. *Id.* at 4. Plaintiff did not file objections and

3  the time to do so has now passed.

4        In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de

5  novo review of this case. The Court's August 22, 2025, initial screening order invited plaintiff to

6  either amend his complaint or file a voluntary dismissal. Doc. 5 at 14. However, no option was

7  afforded to plaintiff to stand on the claims asserted in his initial complaint. *Id.*

8        Accordingly, the Court declines to adopt the findings and recommendations and provides

9  plaintiff with a **final** opportunity to notify the Court of his intent. Within thirty days of the date

10  of service of this Order, plaintiff must: (1) file a notice stating his intention to stand on his initial

11  complaint, Doc. 1, which the magistrate judge has recommended be dismissed for the reasons

12  stated in the screening order, Doc. 5; (2) file an amended complaint curing the deficiencies

13  identified in the screening order, Doc. 5; **or** (3) file a notice voluntarily dismissing this action

14  without prejudice under Federal Rule of Civil Procedure 41.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

Accordingly:

1. **Within thirty days of the date of service** of this Order, plaintiff must:

   a. file a notice stating his intention to stand on his initial complaint, Doc. 1, which the magistrate judge has recommended be dismissed for the reasons stated in the screening order, Doc. 5; OR

   b. file an amended complaint curing the deficiencies noted in the screening order, Doc. 5; OR

   c. file a notice voluntarily dismissing this action without prejudice under Federal Rule of Civil Procedure 41.

2. **Failure to timely respond to this Order will result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:    November 10, 2025    

_____
UNITED STATES DISTRICT JUDGE